■ FREDERICK W. WEIGOLD, JR., Petitioner, v ABRAHAM BEAME, as Mayor of the City of New York, et al., Respondents.—Determination of respondent commissioner of the New York City Fire Department, dated July 31, 1975, finding petitioner guilty of "shirking duty" and fining him five days' pay, unanimously annulled on the law, without costs and without disbursements, and relief sought in the petition granted. Respondent commissioner failed to establish by substantial evidence that petitioner had requested and obtained an extra day of sick leave without justification or that he was able to report to its medical office on June 12, 1975. While it may very well be that the burn sustained by petitioner in the line of duty during the evening of June 11, 1975 was not enough to justify an extra day of medical leave, the record establishes that petitioner did not seek the extra day for such reason, but, rather, because of nausea and vomiting unrelated to the burn. Concur—Markewich, J. P., Murphy, Silverman, Capozzoli and Nunez, JJ.

■ BROADCAST MUSIC, INC., Respondent, v CBS, INC., Appellant.—Order, Supreme Court, New York County, entered on March 12, 1976, unanimously affirmed for the reasons stated at Special Term by Hughes, J. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Birns, Silverman and Capozzoli, JJ.

■ In the Matter of the Arbitration between LUMBERMENS MUTUAL CASUALTY COMPANY, Respondent, and DOROTHY SHUBERT et al., Appellants, and GOVERNMENT EMPLOYEES INSURANCE COMPANY, Respondent.—Judgment, Supreme Court, New York County, entered on August 4, 1976, unanimously affirmed for the reasons stated by Spiegel, J., at Special Term. Petitioner-respondent shall recover of appellants $40 costs and disbursements of this appeal. Concur—Markewich, J. P., Lupiano, Silverman, Lane and Nunez, JJ.

■ JOHN C. PUGH, Appellant, v BERNICE PUGH, Respondent.—Order, Supreme Court, Bronx County, entered on or about June 4, 1976, unanimously affirmed for the reasons stated by Helman, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Lupiano, Silverman, Lane and Nunez, JJ.

■ In the Matter of DCA RECORDS CORP., Appellant, v CAROL DOUGLAS et al., Respondents.—Judgment, Supreme Court, New York County, entered on May 5, 1976, unanimously affirmed on the opinion of Riccobono, J., at Special Term. Respondent-respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Lynch, JJ.